

**Dilts & Koester**
ATTORNEYS AT LAW

167 Main Street • Flemington, New Jersey 08822
(908) 782-8200 • Fax: (908) 806-6412
www.hunterdonlegal.com

Anthony E. Koester
Partner
Ext. 223
akoester@hunterdonlegal.com

July 2, 2015

**VIA CM/ECF**
Honorable Rosemary Gambardella, U.S.B.J.
United States Bankruptcy Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street, 3rd Floor
Newark, NJ  07102

    Re:    **Hytorc v. Triad Tool Co. and Nazareth Machine Works, Inc.**
            **Case No. 13-00106-RG**

            **Rapid-Torc, Inc.**
            **Case No. 12-39217-H5-11**

Dear Judge Gambardella:

    In connection with the Rapid-Torc, Inc. cases bearing Civil Action No. 4:15cv0377 and Bankruptcy Case No. 12bk39217, I enclose a copy of the first page of the Brief in Support of Appeal filed on behalf of Dynamic Tools/Hytorc. In light of this filing, I respectfully suggest that the case management conference call scheduled for July 8, 2015 be adjourned pending the outcome of the appeal.

    Thank you for your courtesy and consideration.

                                           Respectfully submitted,

                                         Anthony E. Koester

AEK:sr
Enclosure
cc:    Samuel J. Samaro, Esq. (via electronic filing and e-mail)
       Adam B. Schwartz, Esq. (via electronic filing and e-mail)
       Michael Ridulfo, Esq. (via e-mail)
       Triad Tool & Die Co.(via e-mail)
       Nazareth Machine Works, Inc. (via e-mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| RAPID-TORC, INC., | § | Civil Action No. 4:15cv0377 |
| | § | |
| Debtor. | § | |
| | § | Bankruptcy Case No. 12bk39217 |
| DYNAMIC TOOLS, INC. | § | |
| APPELLANT | § | |

# DYNAMIC TOOLS, INC., AND HYTORC, A DIVISION OF UNEX CORPORATION, BRIEF IN SUPPORT OF APPEAL FROM THE BANKRUPTCY COURT'S JANUARY 6, 2015 AMENDED MEMORANDUM OPINION

HOOVER SLOVACEK LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile: 713.977.5395

&

PASHMAN STEIN, PC
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
Tel: 201-488-8200

*Attorneys for Dynamic Tools, Inc., and HYTORC, a Division of Unex Corp.*

{851177-00002 LKW 6/12/2015 00972120.DOCX 1}